# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| CHRISTIAN MARCUM,<br><br>     Plaintiff,<br><br>v.<br><br>EMCOR GROUP, INC. EMPLOYEE WELFARE PLAN<br><br>and<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>     Defendants. | Case No. 1:13-cv-770<br><br>Judge Herman J. Weber<br><br>Magistrate Judge Karen L. Litkovitz |

## JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY

Plaintiff Christian Marcum ("Plaintiff") and Defendants Emcor Group, Inc. Employee Welfare Plan and The Prudential Insurance Company of America (collectively, the "Parties"), by and through their respective undersigned attorneys, hereby submit this joint notice of settlement and request to stay of all case activity, and state the following.

1.   On April 28, 2014, the Parties reached a settlement in principle.

2.   The Parties anticipate that they will soon finalize their settlement agreement and be prepared to file a Joint Stipulation of Dismissal with Prejudice.

3.   Because the Parties have reached a settlement in principle, the Parties request to stay all case activity in this action for forty-five (45) days.

4.   This request is made in good faith and not for the purposes of causing unwarranted delay.

17217131v.1

WHEREFORE, the Parties jointly submit this notice of settlement and request that this Court enter an order to stay for forty-five (45) days all activity pending the filing of the Joint Stipulation of Dismissal with Prejudice.

| **Dated:  May 6, 2014** | **Dated: May 6, 2014** |
|---|---|
| By: /s/ Joseph P. McDonald<br><br>Joseph P. McDonald<br>McDonald & McDonald Co LPA<br>200A East Spring Valley Rd.<br>Dayton, OH 45458<br>937-428-9800<br>Fax: 937-428-9811<br>Email: joseph@mcdonaldandmcdonald.com<br><br>*Counsel for Plaintiff* | By: /s/ James C. Goodfellow<br><br>James C. Goodfellow<br>jgoodfellow@seyfarth.com<br>SEYFARTH SHAW LLP<br>131 South Dearborn Street<br>Suite 2400<br>Chicago, Illinois 60603<br>Telephone: (312) 460-5000<br>Admitted *Pro Hac Vice*<br><br>*Counsel for Defendants Emcor Group, Inc. Employee Welfare Plan and The Prudential Insurance Company of America* |

## **CERTIFICATE OF SERVICE**

A copy of the foregoing *Joint Notice of Settlement* has been served, via the Court's CM/ECF system, this 6th day of May 2014, upon:

> Joseph P McDonald
> McDonald & McDonald Co LPA
> 200A East Spring Valley Rd.
> Dayton, OH 45458
> 937-428-9800
> Fax: 937-428-9811
> Email: joseph@mcdonaldandmcdonald.com
>
> /s/ James C. Goodfellow, Jr.
> James C. Goodfellow, Jr.